# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ODEN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation,<br><br>　　　　Defendant. | Case No. 5:17-cv-00224-JGB-KK<br><br>Honorable Jesus G. Bernal<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>Complaint Filed: February 6, 2017<br>Trial Date: None Set |

The Court has received and reviewed the Notice of Voluntary Dismissal pursuant to FRCP 41(a) filed by Plaintiff, Reginald Oden ("Plaintiff").

GOOD CAUSE APPEARING, it is hereby ORDERED that:

A. This action is hereby DISMISSED with prejudice.

B. The parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 26, 2017

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE